IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01407-LTB-MEH

BART D. KIMBER,

    Plaintiff,

v.

DR. DONALD C. WINTER, Secretary of the Department of Navy,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 23, 2008.**

    Plaintiff's Request for Service to Defendant by the U.S. Marshalls [sic] [Filed July 18, 2008; Docket #4] is **denied**. Service by United States Marshal is available only if Plaintiff is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.