IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01407-BNB-MEH

BART D. KIMBER,

Plaintiff,

v.

DR. DONALD C. WINTER, Secretary of the Navy,

Defendant.

_____

**ORDER**
_____

This matter is before me on the following:

(1)     **Motion/Request for the Courts intervention on my behalf to protect my rights as a federal employee entitled to monetary compensation** [Doc. # 11, filed 10/6/2008] (the "Motion for Intervention");

(2)     **Motion/Special Request for Discovery** [Doc. # 12, filed 10/6/2008] (the "Motion for Discovery");

(3)     **Unopposed Motion to Stay Discovery Pending Ruling on Defendant's Motion to Dismiss or In the Alternative to Transfer for Improper Venue** [Doc. # 14, filed 10/6/2008] (the "Unopposed Motion to Stay Discovery"); and

(4)     **Unopposed Motion for Extension of Time to Respond to Plaintiff's Motions (Docs. 11, 12) Pending Ruling on Defendant's Motion to Dismiss or In the Alternative to Transfer for Improper Venue** [Doc. # 19, filed 10/7/2008] (the "Unopposed Motion for Extension").

The plaintiff apparently does not oppose a stay of discovery pending a ruling on the defendant's motion to dismiss. In view of that, the Motion for Discovery can be denied as moot.

The plaintiff also apparently does not oppose extending the deadline for the defendant to respond to the Motion for Intervention until a ruling on the motion to dismiss. I cannot rule on that motion until a response is filed. Consequently, I will deny the Motion for Intervention without prejudice, to be renewed if appropriate after a ruling on the motion to dismiss.

Finally, because I am denying as moot the Motion for Discovery and denying without prejudice the Motion for Intervention, no response to those motions is necessary and the Motion for Extension is moot.

IT IS ORDERED that the Motion for Intervention [Doc. # 11] is DENIED WITHOUT PREJUDICE, and may be renewed if appropriate after a ruling on the defendant's motion to dismiss.

IT IS FURTHER ORDERED that the Motion for Discovery [Doc. # 12] is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Unopposed Motion to Stay Discovery [Doc. # 14] is GRANTED.

IT IS FURTHER ORDERED that the Unopposed Motion for Extension [Doc. # 19] is DENIED AS MOOT.

IT IS FURTHER ORDERED that the hearing on these motions, set for November 14, 2008, at 9:00 a.m., is VACATED.

DATED October 29, 2008.

BY THE COURT:


 s/ Boyd N. Boland
United States Magistrate Judge