IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01407-BNB-MEH

BART D. KIMBER,

Plaintiff,

v.

DR. DONALD C. WINTER, Secretary of the Navy,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Second Request to Transfer of October 21, 2009** [docket no. 39, filed October 21, 2009] (the "Motion").

     IT IS ORDERED that the Motion is DENIED.


DATED:  October 29, 2009